# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00911-CV

## In re Cintas Corporation No. 2 and Salvador Castillo, Jr.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed an unopposed motion to dismiss the petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus.

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: October 2, 2020